against Maier Rothschild and another. A. Gruber, for appellants. O. Horwitz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HENNING et al., Appellants, v. BENNETT et al., Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Charles W. Henning and another against Seymore Bennett and another. No opinion. Judgment and order affirmed.

HERDIGEN, Respondent, v. SCHNEE, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by John Herdigen against Alexander H. Schnee. R. Lorech, for appellant. W. R. Bronk, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HERTZLER, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Maude A. Hertzler against the city of Buffalo. No opinion. Judgment and order affirmed. DWIGHT, P. J., not voting.

In re HOAGLAND, Police Justice. (Supreme Court, General Term, Fourth Department. February Term, 1895.) In the matter of the removal of Charles O. Hoagland as police justice of the village of Waverly. No opinion. Report of referee confirmed, and application denied. Disbursements for stenographer and referee, of $140.90, having been paid by the petitioner, no further costs or expenses are allowed. Papers to be filed, and order entered with the clerk of Tioga county.

HOEFLER v. HOEFLER. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Mary E. Hoefler against Mary R. Hoefler. No opinion. Motion denied, without costs.

HOLLENBECK, Plaintiff, v. JONES et al., Defendants. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Albert Hollenbeck against William H. Jones and others. No opinion. Motion for new trial denied, and judgment directed for the defendants on the verdict.

HOLM v. PARMELE–ECCLESTON LUMBER CO. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Charles F. Holm against Parmele-Eccleston Lumber Company. No opinion. Motion to dismiss appeal granted, with costs, unless, within five days from the date of service of the order to be entered herein, the appellant shall pay $10 costs, and stipulate that the appeal shall either be argued, or dismissed if not argued, at the next term. See 34 N. Y. Supp. 458.

HOUGHTON et al., Appellants, v. THOUSAND ISLAND STEAMBOAT CO., Limited, Respondent. (Supreme Court, General Term, Fourth Department. February, 1895.) Action by Almon H. Houghton and another, admin-

istrators of John Senecal, against the Thousand Island Steamboat Company, Limited. No opinion. The order, so far as appealed from, reversed, with $10 costs and disbursements.

HOUGHTON et al., Appellants, v. THOUSAND ISLAND STEAMBOAT CO., Limited, Respondent. (Supreme Court, General Term, Fourth Department. February, 1895.) Action by Almon H. Houghton and another, administrators of John Senecal, against the Thousand Island Steamboat Company, Limited. No opinion. Motion for reargument denied. See preceding case.

HUFFINGTON, Respondent, v. FARREL et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Thomas F. Huffington, as assignee, etc., of William T. Cunningham and others, against John Farrel and John J. Coger, as executors, etc., of Benjamin F. Judson, deceased. Appeal from judgment entered on verdict, and from order denying motion for new trial. Thomas Darlington, for appellants. Charles H. Knox, for respondent.

PER CURIAM. The opinion of the court of appeals delivered on a former appeal (100 N. Y. 179, 2 N. E. 915) required the action taken by the trial judge, and commands an affirmance of the judgment on this review. The judgment should be affirmed, with costs.

JONES, Respondent, v. MANNING et al., Appellants. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Daniel W. Jones against John B. Manning and others. No opinion. Motion for leave to appeal to the court of appeals granted. LEWIS, J., not sitting.

JONES, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Sarah Strong Jones against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed.

In re JONES' ESTATE. In re O'NEILL et al., Appellants. (Supreme Court, General Term, First Department. October 18, 1895.) In the matter of Addison O'Neill, executor of Agnes L. Jones, deceased. G. W. Glaze, for appellants. A. Thain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KELLEY, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK et al., Respondents. (Supreme Court, General Term, Second Department. July Term, 1895.) Action by Roxanna Kelley against the mayor, aldermen, and commonalty of the city of New York, and Michael T. Daly, as commissioner of public works of the city of New York. A. S. Hutchins, for appellant. Francis M. Scott, Theodore Connoly, and T. Farley, for respondents. No opinion. Judgment affirmed, with costs, on opinion at special term. See 27 N. Y. Supp. 164.